UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| KRISTINA TOT, as Administratrix of the Estate of STJEPAN TOT and RANDY STERN, as Executor of the Estate of ANNE MONACHELLI, on behalf of themselves and all others similarly situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>eCLINICAL WORKS, LLC, a Delaware Limited Liability Company,<br><br>              Defendant. | Civil Case No.: 1:18-cv-11658-RGS |

## **PLAINTIFFS' ASSENTED-TO MOTION FOR A STAY**

Plaintiffs, by their undersigned counsel, hereby move, with defendant's assent, for the entry of an Order staying this matter.

As grounds for this motion, plaintiffs state as follows:

1. The above-captioned matter was filed on August 6, 2018.

2. On or about August 21, 2018, the Summons and Complaint were served upon eClinical Works ("Defendant"). Accordingly, pursuant to Rule 12 (a) of the Federal Rules of Civil Procedure, the deadline by which an answer or other response to the Complaint was due on September 11, 2018.

3. Defendant and plaintiffs filed an Assented-to motion for defendant to answer or otherwise respond on September 7, 2018 and same was granted by this Court.

4. Defendant has moved to dismiss the complaint and has moved to strike the class action.

5. Plaintiffs' opposition papers are currently due December 20, 2018.

6. The parties have conferred regarding a new development in this matter: the Administratrix KRISTINA TOT, a named plaintiff in this action, passed away upon information and belief on November 14, 2018, but as yet no Death Certificate has been received by either parties' counsel. Second, a Successor Administrator has not yet been appointed by the Surrogate Court for Queens County, New York.

7. The parties agree that a stay of this action is thus warranted.

8. The parties have agreed to a 45 (forty-five) day stay effective as of the date of the Order determining this assented-to motion.

9. The parties have also agreed that Plaintiffs' responding papers to Defendant's motions are due within 30 (thirty) days from the expiry date of the stay.

10. In the event that Letters of Administration appointing a Successor Administrator are not issued for the Estate of Stjepan Tot within the 45 (forty-five) day period as per ¶ 8 above, then the parties shall confer on or before the 45th (forty-fifth) day.

11. Plaintiffs' counsel declare that upon their receipt of Letters of Administration appointing a Successor Administrator, they will move this Court to lift the stay.

WHEREFORE, the Plaintiffs respectfully move this Court for an entry of an Order (1) staying this matter, and (2) extending the time within which Plaintiffs must respond to Defendants' motions to dismiss, as assented-to by Defendant.

LOCAL RULE 7.1(a)(2) CERTIFICATION

The undersigned counsel hereby certified that counsel for counsel for Plaintiffs has conferred with counsel for Defendant, who assent to the relief sought by this Motion.

Dated:  December 13, 2018

/s/ Patrick M. Groulx
Patrick M. Groulx
Email:  patrick@i-glle.com
ISENBERG GROULX, LLC
368 West Broadway, Suite 2
Boston, MA  02127
Telephone:  857-880-7889
Fax:  617-249-1981
BBO No. 673394

CERTIFICATE OF SERVICE

In accordance with Local Rule 5.2(b), I, Patrick M. Groulx, hereby certify that this document filed through the ECF system on December 13, 2018, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Patrick M. Groulx
Patrick M. Groulx
Email:  patrick@i-glle.com
ISENBERG GROULX, LLC
368 West Broadway, Suite 2
Boston, MA  02127
Telephone:  857-880-7889
Fax:  617-249-1981
BBO No. 673394

1

1