UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kristina Tot et al

      Plaintiffs

  v.                          Civil Action No. 18-11658-RGS

eClinicalWorks, LLC

      Defendant

## ORDER OF DISMISSAL

March 28, 2019

STEARNS, D.J.

In accordance with the Court's Memorandum and Order [Dkt # 47] issued on March 27, 2019, it is ORDERED that the above-entitled action be, and hereby is, dismissed without prejudice.

By the Court,

/s/ Arnold Pacho
Deputy Clerk